UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



_____

DARWIN J. GUTIERREZ-FLORES,

      Plaintiff,

                                            22-CV-57LJV

v.

U.S. DEPARTMENT OF JUSTICE, et al.,

      Defendants,

_____

By an order issue by honorable Lawrence J. Vilardo on August 19, 2022, ordering Darwin J. Gutierrez-Flores to provide current addresses at which the United States Marshals could effect Service, I'm providing the addresses at which the United States Marshals could effect service.

Buffalo Field Office
To: District Director or Officer in charge
Enforcement & Removal Operations
250 Delaware Ave. Floor 7
Buffalo NY. 14202

To: Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

To: Office of the General Counsel
U.S. Department of Homeland Security 2707
Martin Luther King Jr. Ave SE
Washington, DC 20528-0485

To: Executive Office of the Office of the Legal Adviser
U.S. Department of State
600 19th Street NW, Suite 5.600
Washington DC 20522

U.S Immigration and Customs Enforcement
Office of the Principal Legal Advisor
500 12th St. SW, Mail Stop 5900
Washington, DC 20536-5900

To: Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, DC 20229

To: U.S. Citizenship & Immigration Services
Office of the Chief Counsel
20 Massachusetts Ave. NW, Room 4210
Washington, DC 20529

I hereby certify that on _____, I filed the foregoing documents with the Clerk of the Court, all parties should be served in accordance with the Federal Rules of Civil Procedure.

_____         10-31-2022
Darwin J. Gutierrez-Flores